# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSE H. GARCIA,

        Plaintiff,

-vs-                                            Case No. 6:08-cv-706-Orl-28GJK

RICCY'S LANDSCAPING SERVICES,
INC., RICCI CARABEO,

        Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and to Enter Stipulated Order Approving Settlement (Doc. No. 16) filed January 16, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 21, 2009 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement and to Enter Stipulated Order Approving Settlement (Doc. No. 16) is **GRANTED** to the extent that the Court finds the parties' settlement fair and reasonable.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_11\_\_ day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party